IN THE SUPREME COURT OF PENNSYLVANIA

| In the Matter of | : | No. 762 Disciplinary Docket No. 2 |
| | : | |
| | : | No. 93 DB 1990 |
| LAWRENCE D. GREENBERG | : | |
| | : | Attorney Registration No. 12561 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Montgomery County) |

## O R D E R

PER CURIAM:

AND NOW, this 18th day of June, 2007, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated May 11, 2007, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

A True Copy Patricia Nicola
As of June 18, 2007
Attest: Patricia Nicola
Chief Clerk
Supreme Court of Pennsylvania