# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:      :      MISCELLANEOUS
                              :
LAWRENCE D. GREENBERG    :      NO. 90-mc-0668

## ORDER

**AND NOW**, this 22nd day of October, 2007, it appearing that on June 10, 1992, respondent was disbarred on consent, from the practice of law in this court, and

it further appearing that on June 29, 2007, respondent moved for reinstatement to the bar of this court, and

it further appearing that the aforesaid petition for reinstatement was referred to a committee of this court, composed of Judge John R. Padova, Judge Bruce W. Kauffman, and Judge Paul S. Diamond, for the purposes of making a Report and Recommendation to the court as to whether respondent should be reinstated to the bar of this court, and

it further appearing that on September 26, 2007, the aforesaid committee of this court issued a Report and Recommendation, which recommended that the petition of respondent for reinstatement to the bar of this court be granted, and

it further appearing that on this date, the judges of this court approved the aforesaid Report and Recommendation, and determined that respondent should be readmitted to the bar of this court, it is hereby

**ORDERED** that Lawrence D. Greenberg, is reinstated to the bar of this court, effective immediately.

                                      **BY THE COURT:**

                                      /s/ Harvey Bartle III
                                      **HARVEY BARTLE III**
                                      **Chief Judge**